UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stacie A. Mikhael, individually and on behalf
of those similarly situated,

                    Plaintiff,                         JUDGMENT

        v.

                                              20-CV-02908(KAM)(RLM)

Credit Corp Solutions Inc.,

                    Defendant.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District

Judge, having been filed on June 15, 2021, granting Defendant's motion to dismiss the complaint

pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) for failure to state a claim; and

dismissing Plaintiff's complaint with prejudice; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss the complaint pursuant

to Federal Rule of Civil Procedure Rule 12(b)(6) for failure to state a claim is granted; that

Plaintiff's complaint is dismissed with prejudice; and that judgment is hereby entered in favor of

defendant.

Dated: Brooklyn, New York                    Douglas C. Palmer
       June 16, 2021                       Clerk of Court

                                    By:      /s/Jalitza Poveda
                                              Deputy Clerk